# IN UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| **PHILIP JEWETT, SHERRY BORDEAUX, AND KATHERINE TEAL, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILMINGTON SURGICAL ASSOCIATES, P.A.,**<br><br>Defendant. | **CIVIL ACTION FILE NUMBER:**<br><br><br>**REMOVED FROM STATE COURT OF NEW HANOVER COUNTY**<br>**STATE COURT CASE #:**<br>**21-CVS-00086** |

## DEFENDANT'S NOTICE OF REMOVAL

**TO:** The Honorable Judges of the United States District Court for the Eastern District of North Carolina, Southern Division:

**COMES NOW, WILMINGTON SURGICAL ASSOCIATES, P.A. (hereinafter "Defendant"),** and files the following Notice of Removal to United States District Court pursuant to 28 U.S.C. § 1441 et seq. Defendant respectfully shows unto this Honorable Court the following:

1. On or about January 11, 2021, Plaintiffs Philip Jewett, Sherry Bordeaux, and Katherine Teal on behalf of themselves and all others similarly situated (hereinafter "Plaintiffs") filed their Summons and Complaint in the Superior Court for New Hanover County, North Carolina, entitled Philip Jewett, Sherry Bordeaux, and Katherine Teal on behalf of themselves and all others similarly situated, Plaintiffs, vs. Wilmington Surgical Associates, P.A., Civil Action Number 21-CVS-00086, (the "State Court Action") which is incorporated herein, as if set forth in full. A true and correct copy of the Complaint is included in the State Court file, attached as Exhibit A.

2. The Summons and Complaint was served on Defendant on January 11, 2021.

3. No other process or pleadings have been served on Defendant in the State Court Action.

4. On the face of the Complaint, Plaintiffs asserts a cause of action against Defendant for violating 15 U.S.C. § 45, 15 U.S.C. § 6801 and 42 U.S.C. § 1302(d) et seq.

5. This action is removable pursuant to 28 U.S.C. §§ 1331 and 1441(a) because Plaintiffs assert a violation of the Federal Trade Commission Act (Compl. ¶¶ 90, 105-110), Gramm-Leach Bliley Act (Compl. ¶¶ 111-112) and Health Insurance Portability and Accountability Act ("HIPAA") (Compl. ¶¶ 113-114) under federal law against Defendant.

6. This Notice of Removal is timely as Defendant was served with Plaintiffs' Complaint on January 11, 2021. Defendant hereby files this Notice of Removal within the thirty (30) days prescribed by law pursuant to 28 U.S.C. § 1446(b).

7. Venue in the Eastern District of North Carolina, Southern Division, is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the State Court Action is pending.

8. Defendant will file a copy of this Notice of Removal with the Clerk of Court for New Hanover County, North Carolina, and serve counsel for Plaintiffs pursuant to 28 U.S.C. § 1446(d).

9. Defendant files herewith a copy of all process, pleadings, and orders received by Defendant in the State Court Action pursuant to 28 U.S.C. § 1446, including a copy of the Summons and Complaint, attached as Exhibit A.

10. Defendant has not yet answered or otherwise responded to Plaintiff's Complaint. Accordingly, Defendant will file and serve an answer or responsive motion to the operative Complaint within seven (7) days pursuant to Federal Rule of Civil Procedure 81(c).

11. A copy of Defendant's Notice of Removal, which will be filed in the State Court Action, is attached as Exhibit B.

WHEREFORE, Defendant hereby removes the above-captioned action from the New Hanover Superior Court and respectfully requests that further proceedings be conducted in this Court as provided by law.

Respectfully submitted this 10th day of February, 2021

                                        **HALL BOOTH SMITH, P.C.**

                                        s/Ashley B. Bartolucci
                                        RICHARD N. SHEINIS
                                        NC Bar No.: 39078
                                        CHARLES R. LANGHORNE IV
                                        NC Bar No.: 52254
                                        ASHLEY B. BARTOLUCCI
                                        NC Bar No.: 51572
                                        *Attorneys for Defendant*

11215 North Community House Road
Suite 750
Charlotte, NC 28277
Phone: (980) 859-0380
Fax: (678) 539-1601
E-mail: rsheinis@hallboothsmith.com
        clanghorne@hallboothsmith.com
        abartolucci@hallboothsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing ***Defendant's Notice of Removal to the United States District Court*** has been served upon the other parties hereto by mailing copies thereof by first-class, postage-prepaid United States Mail and by electronic mail to the following:

*Counsel for Plaintiffs and the Putative Class:*

Joel R. Rhine
Martin A. Ramey
Janet R. Coleman
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Email: jrr@rhinelawfirm.com
mjr@rhinelawfirm.com
jrc@rhinelawfirm.com

Gary E. Mason
David K. Lietz
Mason Lietz & Klinger LLP
5301 Wisconsin Avenue, NW, Suite 305
Washington, DC 20016
Email: gmason@masonllp.com
dlietz@masonllp.com

John A. Yanchunis
Patrick A. Barthle
Morgan & Morgan
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Email: jyanchunis@forthepeople.com
pbarthle@forthepeople.com

Gary M. Klinger
Mason Lietz & Klinger LLP
227 W. Monroe Street, Suite 2100
Chicago, IL 60630
Email: gklinger@masonllp.com

This 10th day of February, 2021.

**HALL BOOTH SMITH, P.C.**

s/Ashley B. Bartolucci
RICHARD N. SHEINIS
NC Bar No.: 39078
CHARLES R. LANGHORNE IV
NC Bar No.: 52254
ASHLEY B. BARTOLUCCI
NC Bar No.: 51572
***Attorneys for Defendant***

11215 North Community House Road
Suite 750
Charlotte, NC 28277
Phone: (980) 859-0380
Fax: (678) 539-1601
E-mail: rsheinis@hallboothsmith.com
clanghorne@hallboothsmith.com
abartolucci@hallboothsmith.com