IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-cv-00024

PHILIP JEWETT, SHERRY BORDEAUX, )
AND KATHERINE TEAL, on behalf of )
themselves and all others similarly situated, )
)
    Plaintiffs, )
)
v. )
)
WILMINGTON SURGICAL )
ASSOCIATES, P.A., )
)
    Defendant. )

## ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND TO STATE COURT

THIS MATTER IS BEFORE THE COURT on the Plaintiffs' Motion for Remand to State Court (Doc. 16) and Defendant's Response to Plaintiffs' Motion For Remand to State Court (Doc. 19) indicating that they do not oppose Plaintiff's Motion for Remand. It appears to the Court that good and valid cause exists to remand this matter to State Court.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Remand to State Court is hereby granted. The matter shall be remanded to Superior Court, New Hanover County, North Carolina.

This the _16_ day of _March_, 2021.

_Terrence Boyle_
The Honorable Terrence W. Boyle
United States District Court Judge